JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Eric Johnson

APR 26 2004
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### DEFENDANTS
One Beacon Insurance Company, General Accident Insurance Company of America and David Johnson

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Dallas
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: N/A
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

3 04 CV - 875 M

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert W. Loree
Todd Lipscomb
Loree, Hernandez & Lipscomb
3838 Medical Drive
Suite 130
San Antonio, TX 78229
(210) 615-0381

ATTORNEYS (IF KNOWN)
Russell Bowman
3131 McKinney Ave,
Suite 730
Dallas, TX 75204  (214) 922-0220

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury—Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | FEDERAL TAX SUITS | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Suit on insurance contract removed pursuant to 28 USC 1332 et seq. and 28 USC 1441 et seq.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ Unspecified

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 4/26/04

SIGNATURE OF ATTORNEY OF RECORD: Russell J. Bowman

FOR OFFICE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____






UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC JOHNSON § § § | **304CV-875 M** |
| v. § § | CIVIL ACTION NO. _____ |
| ONE BEACON INSURANCE COMPANY, § GENERAL ACCIDENT INSURANCE § COMPANY OF AMERICA and § DAVID JOHNSON § | |

## SUPPLEMENTAL CIVIL COVER SHEET FOR A REMOVED CASE

1.   STYLE OF CASE:

| PARTY AND PARTY TYPE | ATTORNEY(S) |
|---|---|
| Eric Johnson,<br>      Plaintiff | Mr. Robert W. Loree<br>State Bar No. 12579200<br>Mr. Todd Lipscomb<br>State Bar No. 00789836<br>Loree, Hernandez & Lipscomb, PLLC<br>3838 Medical Drive, Suite 130<br>San Antonio, Texas 78229<br>210/615-0381<br>210/615-1852 (FAX) |
| One Beacon Insurance Company, General Accident Insurance Company of America, and David Johnson<br>      Defendants | Mr. Russell J. Bowman<br>State Bar No. 02751550<br>Scott, Bowman & Stella<br>3131 McKinney Avenue, Suite 730<br>Dallas, TX 75204<br>214/922-0220<br>214/922-0225 (FAX) |

2.   JURY DEMAND

   Was Jury Demand made?

   Yes.

3. ANSWER:

Was an Answer made in State Court?

Yes.

4. UNSERVED PARTIES

The following parties have not been served at the time this case was removed: None.

5. NONSUITED, DISMISSED OR TERMINATED PARTIES:

| PARTY | REASON |
|---|---|
| None | N/A |

6. CLAIMS OF THE PARTIES:

The filing parties submit the following summary of the remaining claims of each party in this litigation:

| PARTY | CLAIM(S) |
|---|---|
| Plaintiff, Eric Johnson | Plaintiff seeks recovery on a homeowner's policy issued by Defendant for claimed loss due to foundation movement. Plaintiff seeks to recover for that claimed loss, attorney's fees and extra-contractual damages. |
| Defendants, One Beacon Ins. Co., General Accident Insurance Co. of America and David Johnson | Defendants contend they have no liability for Plaintiff's insurance claim involved in this lawsuit, and that no indemnification is owed under the insurance contract involved in this lawsuit. Defendants General Accident and David Johnson further contend they have no contractual relationship with Plaintiff and therefore no liability to Plaintiff. David Johnson likewise contends he had no involvement with Plaintiff's insurance claim whatsoever, such that he has no liability to Plaintiff. Defendants further contend their liability has not become reasonably clear, such that they have no liability for any of the extra- |

contractual claims asserted by Plaintiff.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC JOHNSON | § § § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| ONE BEACON INSURANCE COMPANY, GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA and DAVID JOHNSON | § § § § | |

304CV-875 M

## NOTICE OF REMOVAL

Defendants, One Beacon Insurance Company ("One Beacon"), General Accident Insurance Company of America ("General Accident") and David Johnson, file this Notice of the Removal of this case from the 160th Judicial District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1441 and 1446(b), and would show the Court as follows:

1.

One Beacon, General Accident and David Johnson are Defendants in Cause No. 04-02476-H, entitled "Eric Johnson v. One Beacon Insurance Company, General Accident Insurance Company of America and David Johnson," currently pending in the 160th Judicial District Court of Dallas County, Texas. That lawsuit was originally filed on March 25, 2004 in the 160th Judicial District Court of Dallas County, Texas.

2.

Defendants first received notice of Plaintiff's lawsuit when Defendants were served on March 26, 2004 with citation and a copy of Plaintiff's lawsuit. The thirtieth day after service of the lawsuit would be Sunday, April 25, 2004, a legal holiday. This would give Defendants until Monday, April

26, 2004 to file this removal. As this notice is being filed on Monday, April 26, 2004, this removal timely under 28 U.S.C. § 1446(b).

3.

At the date of commencement of this action and at all pertinent times, Plaintiff was and is a citizen of the State of Texas, being a Texas resident residing in Dallas County, Texas.

4.

At the time that this lawsuit was commenced, One Beacon was a citizen of the States of Pennsylvania and Massachusetts, being a corporation incorporated in the State of Pennsylvania, and having its principal office in the State of Massachusetts. General Accident no longer exists, having been merged into One Beacon on December 6, 1999. However, when it was in existence, General Accident was a citizen of the States of Pennsylvania and Massachusetts, being an insurance company incorporated in the State of Pennsylvania and having its principal place of business in the State of Massachusetts. Defendant David Johnson's citizenship is not considered for jurisdictional purposes, as his joinder in this lawsuit is fraudulent.

5.

This Court has original jurisdiction of this action under 28 U.S.C. § 1332, and it may be removed to this Court, pursuant to 28 U.S.C. § 1441, it being a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as between citizens of different states.

6.

As required by Local Rule 81.1, copies of the following documents are attached hereto as Exhibits:

    A.    An Index of all documents identifying the document and stating the date said

   document was filed in the state court;

B. A copy of the docket sheet in the state court action;

C. Each document filed in the state court action, individually tabbed and arranged in chronological order:

  1. Plaintiff's Original Petition (filed March 25, 2004)

  2. Citation to Defendant One Beacon (issued March 25, 2004);

  3. Citation to Defendant General Accident (issued March 25, 2004);

  4. Citation to Defendant David Johnson (issued March 25, 2004); and

  5. Original Answer of Defendants (filed April 20, 2004).

D. A separately signed certificate of interested persons in compliance with local rule 3.1(f).

To the best of the Defendants' knowledge, no other pleading, process or order has been filed or served in the state court lawsuit referred to above.

Wherefore, Defendants pray that this action be removed to this Court from the 160th Judicial District Court of Dallas County, Texas and for further proceedings as may be necessary.

          Respectfully submitted,

          _____
          Russell J. Bowman
          Texas State Bar No. 02751550
          3131 McKinney Avenue, Suite 730
          Dallas, TX 75204
          (214) 922-0220
          (214) 922-0225 (FAX)
          ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document has been sent, on this 26th day of April, 2004, to all counsel of record, as indicated below:

Mr. Robert W. Loree  
3838 Medical Drive  
Suite 130  
San Antonio, Texas 78229

VIA REGULAR MAIL

*Russell J. Bowman*  
Russell J. Bowman